.J. VINCENT LABATE and Others, Plaintiffs, v. ROSCOE C. HARPER and Others, Defendants, Impleaded with FRIEDA FINGERHOOD, Appellant, and LEWIS LANDES, Substituted Attorney for Defendant FRIEDA FINGERHOOD, Respondent.— Order granting substitution and referring respondent's claim for services to an official referee, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ANNIBELO LA FROSCIA and MARIE LA FROSCIA, His Wife, Appellants, v. ANTONIO TUDDA and Others, Defendants, and LABOR ASSOCIATES, INC., Respondent.— Order vacating sale of property and directing a resale reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, there was proof of proper service of a sufficient notice of sale upon the respondent's attorney, and there is no proof that the property was bid in by plaintiffs for an inadequate price or that the respondent is prepared or intends to bid on the proposed resale. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ADOLPHUS F. LONG, Appellant, v. VIOLA LONG, Respondent.*— Judgment reversed on the law and the facts, without costs, and judgment rendered for the plaintiff on new findings to be made, without costs. Finding of fact number 4 is reversed as against the weight of evidence, and conclusion of law number 1 is disapproved. This court finds plaintiff's requests numbers 4 and 5 and conclusions of law numbers 1 and 2, and directs judgment for the plaintiff. Any further findings and the order may be settled on notice. Young, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., concur for reversal and vote for a new trial.

ANGIOLA LUONGO and CARMELO LANZILLOTTA, as Executors, etc.. of MICHELE LUONGO, Deceased, Respondents, v. LOUIS FINFER and Another, Respondents, and ANNA COHN, Appellant, and AARON COHN, Defendant, Impleaded with ANGIOLA LUONGO and Others, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ABRAHAM J. MARKEL, Appellant, v. FIRST NATIONAL BANK AND TRUST COMPANY, Formerly the FIRST NATIONAL BANK OF ROSCOE, NEW YORK, Respondent.— Order modified by striking therefrom the concluding words " and the substance thereof " and inserting in the place thereof " and the agreement that was reached as a result of the conversations," and as so modified affirmed, without costs. (*Gaudry* v. *Todd Shipyards Corporation*, 204 App. Div. 250.) The bill of particulars is to be served within ten days from the entry of the order herein. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

JOSEPH A. MULLANEY, JR., as Administrator, etc., of ANN A. MULLANEY,

---

* Motion to dismiss appeal denied, 264 N. Y. 601.